THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIR AND DEBORAH MEDAWAR, <br><br> Plaintiff, <br><br> v. <br><br> PROGRESSIVE CASUALTY INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:25-cv- 01387-RSM <br><br> SECOND STIPULATED MOTION AND ORDER TO EXTEND INITIAL DISCLOSURES, FRCP 26(f) CONFERENCE, AND JOINT STATUS REPORT DEADLINES <br><br> NOTE ON MOTION CALENDAR: AUGUST 29, 2025. |

**MOTION**

1. On August 5, 2025, this Court previously Ordered that the new deadline for the FRCP 26(f) Conference would be September 5, 2025, the new deadline for Initial Disclosures would be September 12, 2025, and the new deadline for filing a Joint Status Report and Discovery Plan would be September 19, 2025. *See* Dkt. # 11.

2. Since that time, Counsel for the Parties have been negotiating the terms and conditions of a Settlement Agreement that, when finalized and signed by the Plaintiff and Defendant, will formally settle this case. A draft of the Settlement Agreement has been circulated to all counsel for client approval.

3. The Parties have agreed to the "monetary" components of the settlement and related terms and conditions of the formal Settlement Agreement, but are still working on the

SECOND STIPULATED MOTION AND ORDER TO EXTEND
INITIAL DISCLOSURES, FRCP 26(f) CONFERENCE, AND JOINT
STATUS REPORT DEADLINES - 1
NO. 2:25-CV-01387-RSM

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

"non-monetary" components of the settlement and the related terms and conditions in the Settlement Agreement.

4. The Parties have "met and conferred" and agreed to seek an <u>additional two week extension</u> of current deadlines for the FRCP 26(f) Conference, the parties' Initial Disclosures, and the filing a Joint Status Report and Discovery Plan in the case. The Parties expect that the two-week requested extensions will be sufficient to allow the Parties to finalize and sign the formal Settlement Agreement in this case.

5. Section I of the Court's original "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" states, "The deadlines above may be extended only by the Court." (See ECF # 8).

6. For these reasons, pursuant to LCR 7(j), the Parties respectfully request that the Court extend the September 5, 2024, deadline for the FRCP 26(f) Conference, the September 12, 2025 deadline for Initial Disclosures, and the September 19, 2025 deadline for filing a Joint Status Report and Discovery Plan <u>by two weeks each</u>.

7. With the requested two week extensions, the new deadline for the FRCP 26(f) Conference would be September 19, 2025, the new deadline for Initial Disclosures would be September 26, 2025, and the new deadline for filing a Joint Status Report and Discovery Plan would be October 3, 2025.

DATED: August 28, 2025.

JENSEN MORSE BAKER PLLC

By *s/Steven D. Jensen*
 Steven D. Jensen, WSBA No. 26495
 Steve.jensen@jmblawyers.com

By *s/Chris Gibson*
 William C. Gibson, WSBA No. 26472
 Chris.gibson@jmblawyers.com

 520 Pike Street; Suite 2375
 Seattle, WA 98101

Attorneys for Defendant Progressive Casualty Insurance Company

SECOND STIPULATED MOTION AND ORDER TO EXTEND
INITIAL DISCLOSURES, FRCP 26(f) CONFERENCE, AND JOINT
STATUS REPORT DEADLINES - 2
NO. 2:25-CV-01387-RSM

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Leonard Law, PLLC

*Per email authorization of 8.28.2025*
By *s/Sam Leonard*
 Sam Leonard, WSBA No. 46498
 sam@seattledebtdefense.com

 9030 35th Ave SW, Suite 100
 Seattle, Washington 98126

Attorney for Plaintiffs

SECOND STIPULATED MOTION AND ORDER TO EXTEND INITIAL DISCLOSURES, FRCP 26(f) CONFERENCE, AND JOINT STATUS REPORT DEADLINES - 3
NO. 2:25-CV-01387-RSM

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

**ORDER**

The Court orders that the Stipulated Motion is granted. The September 5, 2025 deadline for conducting the FRCP 26(f) Conference, the September 12, 2025 deadline for serving Initial Disclosures, and the September 19, 2025 deadline for filing a Joint Status Report and Discovery Plan are continued two weeks each to September 19, 2025, September 26, 2025, and October 3, 2025, respectively.

DATED this 2nd day of September, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

JENSEN MORSE BAKER PLLC

By  *s/Steven D. Jensen*                                
      Steven D. Jensen, WSBA No. 26495
      Steve.jensen@jmblawyers.com

By  *s/Chris Gibson*                                
      William C. Gibson, WSBA No. 26472
      Chris.gibson@jmblawyers.com
520 Pike Street; Suite 2375
Seattle, WA  98101
Attorneys for Defendant Progressive Casualty Insurance Company


Leonard Law, PLLC

*Per email authorization of 8.4.2025*
By  *s/Sam Leonard*                                
      Sam Leonard, WSBA No. 46498
      sam@seattledebtdefense.com
9030 35th Ave SW, Ste. 100
Seattle, Washington 98126

SECOND STIPULATED MOTION AND ORDER TO EXTEND INITIAL DISCLOSURES, FRCP 26(f) CONFERENCE, AND JOINT STATUS REPORT DEADLINES - 4
NO. 2:25-CV-01387-RSM

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

1  Attorney for Plaintiffs

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

SECOND STIPULATED MOTION AND ORDER TO EXTEND
INITIAL DISCLOSURES, FRCP 26(f) CONFERENCE, AND JOINT
STATUS REPORT DEADLINES - 5
NO. 2:25-CV-01387-RSM

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

**CERTIFICATE OF SERVICE**

Pursuant to RCW 9A.72.085, the undersigned certifies, under penalty of perjury under the laws of the United States of America and the State of Washington, that on the 29th day of August, 2025, the document attached hereto was delivered to the below counsel in the manner indicated.

| *Counsel for Plaintiffs* | |
|---|---|
| Sam Leonard, WSBA No. 46498<br>Leonard Law, PLLC<br>9030 35th Avenue SW; Suite 100<br>Seattle, WA 98126<br>sam@seattledebtdefense.com | ☒ Via CM/ECF<br>☒ Via electronic mail<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Facsimile<br>☐ Via Courier<br>☐ Via Overnight delivery |

DATED this 29th day of August, 2025, in Seattle, WA.

By *s/Karen Langridge*
Karen Langridge, Legal Assistant

SECOND STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND INITIAL DISCLOSURES, FRCP 26(f) CONFERENCE, AND JOINT STATUS REPORT DEADLINES - 6
NO. 2:25-CV-01387-RSM

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550