UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIR AND DEBORAH MEDAWAR,<br><br>            Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>            Defendant. | Case No. 2:25-cv- 01387-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## **STIPULATION**

COME NOW the parties hereto, by and through their respective counsel, and hereby stipulate that all claims and causes of action against defendant in this matter have been fully resolved and may be dismissed in their entirety with prejudice, without fees or costs to any party.

DATED: September ____, 2025.

LEONARD LAW, PLLC

*Per email authorization of* _____
By *s/Sam Leonard*_____
    Sam Leonard, WSBA No. 46498
    sam@seattledebtdefense.com
9030 35th Ave SW, Ste. 100
Seattle, Washington 98126
*Attorney for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - 1
NO. 2:25-CV-01387-RSM

JENSEN MORSE BAKER PLLC

By *s/Steven D. Jensen*
  Steven D. Jensen, WSBA No. 26495
  Steve.jensen@jmblawyers.com
By *s/Chris Gibson*
  William C. Gibson, WSBA No. 26472
  Chris.gibson@jmblawyers.com
  520 Pike Street; Suite 2375
  Seattle, WA  98101

*Attorneys for Defendant Progressive Casualty Insurance Company*

## ORDER

The parties having stipulated for dismissal of all claims against defendant in this matter with prejudice and without fees or costs to any party, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS HEREBY:

ORDERED that all claims against defendant in this matter are DISMISSED WITH PREJUDICE, in their entirety, and without fees or costs to any party.

DATED this 29th day of September, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE